UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| LYNNE PIERCE ) | Case No.: 15-14359 |
| Debtor ) | |

# DEBTOR'S MOTION TO ENLARGE THE DEADLINE TO RESPOND TO ORDER TO UPDATE

Now comes the Debtor, Lynne Pierce, through counsel and hereby respectfully requests this Honorable Court enlarge the time for updating the remaining items on the Order to Update including Schedules A-J, the Statement of Financial Affairs Form B7, Summary of Schedules, Statistical Summary of Certain Liabilities, Disclosure of Attorney Compensation, Disposable Monthly Income Official Form 22C-1, Chapter 13 Plan, Chapter 13 Agreement, Evidence of Current and Sufficient Liability Property Insurance and Verified Statement or declaration from November 23, 2015, to December 7, 2015, as reasons therefore the Debtor states as follows:

1. Due to the emergency nature of the Debtor's filing, the Debtor and her counsel need more time to gather the necessary paperwork for preparing the documents required by the Order to Update.

WHEREFORE, the Debtor, Lynne Pierce, respectfully requests this Honorable Court enlarge the time for updating the aforementioned items on the Order to Update from November 23, 2015 to December 7, 2015.

        Respectfully Submitted,
        The Debtor,
        By Her Attorney,

        /s/ Peter M. Daigle
        Peter M. Daigle, Esquire
        1550 Falmouth Road, Suite 10
        Centerville, MA 02632
        (508) 771-7444

Dated: November 23, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this date caused a duplicate copy of the above to be served upon all parties of record via electronic mail and/or first class mail as set forth below.

      /s/ Peter M. Daigle
Peter M. Daigle, Esquire
1550 Falmouth Road, Suite 10
Centerville, MA 02632
(508) 771-7444

Dated:   November 23, 2015

**Electronic Email:**

Carolyn Bankowski, Chapter 13 Trustee

John Fitzgerald, Assistant US Trustee

**First Class Mail:**

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Cavalry SPVI, LLC as assignee of NCO
Portfolio Management, as assignee of
Capital One
500 Summitlake Dr., Suite 400
Valhalla, NY 10595

Columbia Gas (Formerly Baystate Gas)
Po Box 2025
Attn: Bankruptcy Department
Springfield, MA 01102

Columbia Gas (Formerly Baystate Gas)
4201 Crums Mill Rd
Harrisburg, PA 17112

Daniel Solomon, Attonrey at Law

2001 Beacon Street, Suite 214
Brighton, MA 02135

Dept Of Ed/navient
Po Box 9635
Wilkes Barre, PA 18773

Donald M Solomon
2001 Beacon Street, Suite 214
Brighton, MA 02135

Lustig, Glaser & Wilson, P.C.
P.O. Box 549287
Waltham, MA 02454

Rachid Tayebi
c/o Donald M. Solomon Esq.
2001 Beacon Street Suite 214
Brighton, MA 02135

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

Robert E. Margulies
Harborside Plaza 10
3 Second Street
Suite 1201
Jersey City, NJ 07311

Robert Margulies
Jennifer Margulies
126 Dudley Street, Unit 211
Jersey City, NJ 07302

Salute/utb
Card Services
Po Box 105555
Atlanta, GA 30348

Salute/utb
Pob 105555
Atlanta, GA 30348

Southwest Credit Syste
4120 International Parkway Suite 1100

Carrollton, TX 75007

Southwest Credit Syste
4120 International Pkwy
Carrollton, TX 75007

Weymouthport Condominium Trust
c/o Janet Oulousian Aronson
45 Braintree Hill
Suite 107
Braintree, MA 02184