## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

IN RE: _Lynne Pierce_                    Chapter 13 # _15-14359-msH_

### MOTION OF CHAPTER 13 TRUSTEE TO DISMISS

Now comes Carolyn Bankowski, Chapter 13 Trustee, and files this Motion to Dismiss the above-referenced case and as grounds therefor, states as follows:

( X )    1. Debtor failed to appear at the 341.

( X )    2. Debtor has failed to make the first plan payment.

( )    3. Debtor is over the debt limits as set forth in 11 U.S.C. §109(e)

( )    4. Debtor has failed to provide the following documents:
     ( ) INSURANCE BINDER                 ( ) EVIDENCE OF PROPERTY VALUE
     ( ) EVIDENCE OF CURRENT INCOME       ( ) RECORDED HOMESTEAD / DEED
     ( ) MOST RECENT TAX RETURN            ( ) 60 DAYS OF PAY ADVICES
     ( ) INDEPENDENT EVIDENCE OF SOCIAL SECURITY NUMBER

     ( ) AMENDED SCHEDULES _____

     ( ) OTHER _____

_____

( )    3. Debtor has failed to provide business documents pursuant to MLBR Appendix 1: 13-2(a)(2) as follows:

_____

( )    4. OTHER: _____

_____

Notice is hereby given that any responses and/or objections to this motion are to be filed within **twenty-one (21) days of the date this motion is filed with the Court**. If no timely objections/responses are filed, the Court may act upon this motion without further notice or hearing as provided by 11 U.S.C. §102(1)(B).

**WHEREFORE**, the Trustee respectfully requests this Court to enter an Order dismissing this case.

Respectfully submitted,

Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
P.O. Box 8250
Boston, MA 02114-0033
(617) 723-1313
13trustee@ch13boston.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have served a copy of the foregoing to the above referenced debtor(s) ( ) by hand delivery or

( X ) by first class mail, and to Debtor(s)' counsel _Peter Daigle, Esq._     ( X ) by hand delivery,

( ) by first class mail, or ( ) via electronic notice.

Dated _12/15/15_

Carolyn A. Bankowski
Patricia A. Remer