United States Bankruptcy Court
District of Massachusetts

In re:  
Lynne Pierce  
      Debtor

Case No. 15-14359-msh  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: ml     Page 1 of 1     Date Rcvd: Jan 07, 2016  
                      Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2016.  
db          +Lynne Pierce,    61 Broad Reach M51B,    North Weymouth, MA 02191-2280

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2016                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2016 at the address(es) listed below:  
            Carolyn Bankowski-13    13trustee@ch13boston.com  
            Donald M. Solomon    on behalf of Creditor Rachid  Tayebi dsolomon@lawyer.com  
            Donald M. Solomon    on behalf of Creditor Marsha J. Tayebi dsolomon@lawyer.com  
            John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV  
            Peter M. Daigle    on behalf of Debtor Lynne  Pierce pmdaigleesq@yahoo.com,                daiglelawoffices@gmail.com  
                                                                                     TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
In re

  Lynne Pierce

                                      Chapter 13
                                      Case No. 15-14359  -MSH

                          Debtor
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Order**

The court's order [#30] dated December 31, 2015 granting the Trustee's Motion for Order Dismissing Case was entered in error and is VACATED. The deadline by which the debtor has to reply to the motion is extended to January 15, 2016.

By the Court,

_(signature)_
_____
 Melvin S. Hoffman
United States Bankruptcy Judge

Dated: January 7, 2016